960

No. 77–5156. Jeffries *v.* United States. C. A. 6th Cir. Certiorari denied. Mr. Justice Stewart would grant certiorari.

No. 77–5215. Pittman *v.* Hopper, Warden. C. A. 5th Cir. Certiorari denied. Mr. Justice Marshall would grant certiorari.

No. 77–5285. Scott *v.* Parole Board of Kentucky et al. C. A. 6th Cir. Certiorari denied. Mr. Justice Brennan would grant certiorari.

No. 77–5488. Blake *v.* Georgia. Sup. Ct. Ga.; and
No. 77–5538. Spenkelink *v.* Florida. Sup. Ct. Fla. Certiorari denied. Reported below: No. 77–5488, 239 Ga. 292, 236 S. E. 2d 637; No. 77–5538, 350 So. 2d 85.

Mr. Justice Brennan and Mr. Justice Marshall, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 76–1468. Hendrix *v.* United States, *ante,* p. 818;
No. 76–1566. Comly *v.* Lower Southampton Township, *ante,* p. 803;
No. 76–1674. Stephenson et al. *v.* Department of Agriculture and Consumer Services of Florida, *ante,* p. 803;
No. 76–1691. Matassini *v.* United States, *ante,* p. 828;
No. 76–1722. Higginbotham, Administratrix, et al. *v.* Mobil Oil Corp. et al., *ante,* p. 830;
No. 76–6379. Posner *v.* United States, *ante,* p. 837; and
No. 76–6673. DiSilvestro *v.* Veterans' Administration, *ante,* p. 840. Petitions for rehearing denied.